FILED
CHARLOTTE, NC

AUG 18 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO.** 3:26-CR-182-SCR |
| **v.** | ) | **<u>BILL OF INDICTMENT</u>** |
| **DALTON RAY MULLIS** | ) | **Violation: 18 U.S.C. §§ 247(c) & (d)(3)** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(Damage to Religious Real Property)

On or about January 19, 2026, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**DALTON RAY MULLIS,**

attempted to, and did intentionally, deface religious real property, that is, religious real property contained within the boundaries of the Foundation of Shalom Park, located in Charlotte, North Carolina, because of the race and ethnic characteristics of any individual associated with the religious real property contained within the boundaries of the Foundation of Shalom Park, and that such acts included the threatened use of a dangerous weapon, that is, a noose, in violation of Title 18, United States Code, Sections 247(c) and (d)(3).

A TRUE BILL:

[redacted]

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

DALLAS J.E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY