UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:26-CR-00182-SCR |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| DALTON RAY MULLIS | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and the Civil Rights Division of the Department of Justice, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime. The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about January 19, 2026, the defendant, DALTON RAY MULLIS, traveled to the Foundation of Shalom Park ("Shalom Park"), a 54-acre campus located in Charlotte, North Carolina, within the Western District of North Carolina, for the purpose of intentionally defacing religious real property within Shalom Park. The defendant then did in fact intentionally deface religious real property within Shalom Park and did so because of the race and ethnic characteristics of individuals associated with that religious real property.

2. Shalom Park operates as a 501(c) religious non-profit and owns the land, buildings, and permanent structure of the campus—excluding the two synagogues located within the boundary. The real property owned by Shalom Park includes the Charlotte Jewish Day School, Holocaust Memorial, and employee building, all of which are located on the Shalom Park campus. These facilities, and others located on the Shalom Park campus, are occupied by multiple 501(c) non-profit organizations that operate Jewish religious, cultural, and educational programs. Shalom

Park provides these organizations with safety and security services, landlord support, and administrative policies. The Shalom Park campus functions as a communal Jewish setting dedicated to religious practice, education, and community life. Accordingly, Shalom Park and the facilities it owns and leases within the Shalom Park campus are religious real property within the meaning of Title 18, United States Code, Section 247(f).

3. Specifically, while on the campus of Shalom Park, MULLIS placed flyers at three locations within the Shalom Park campus, including the Holocaust Memorial, the entrance to an employee building, and the front entrance of the Charlotte Jewish Day School. MULLIS's acts defaced the three targeted properties within Shalom Park.

4. The flyers, which were identical to each other and which MULLIS had himself created, depicted antisemitic imagery traditionally associated with the German Nazi Party, including swastikas and a "Totenkopf" or "death's head," an insignia historically associated with the Nazi SS. In addition to Nazi symbology, the flyer expressly stated: "Join your local Nazis."

5. The flyers also included, in prominent text, the phrase: "Whether you swing to the left or whether you swing to the right we will simplify [sic] swing you by the neck." Above this language, the flyer depicted the image of a hangman's noose attached to and suspended from a large swastika. The inclusion of this phrase and imagery in the flyers combine to constitute a true threat to commit unlawful acts of violence and to injure the person of the intended recipients, that is, individuals associated with Shalom Park.

6. A hangman's noose is an instrument capable of causing death or serious bodily injury. Accordingly, MULLIS's acts include the threatened use of a dangerous weapon within the meaning of Title 18, United States Code, Section 247(d)(3).

RUSS FERGUSON
UNITED STATES ATTORNEY

DALLAS J.E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

THOMAS CILLA
TRIAL ATTORNEY, CIVIL RIGHTS DIVISION

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Indictment in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

_______________________________
Elizabeth Gerber, Attorney for Defendant

DATED: 10/19/26